**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1870**

MICHAEL E. KENNEDY,

       Plaintiff - Appellant,

   v.

MERRICK B. GARLAND, Attorney General of the United States,

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:21-cv-01569-ELH)

Submitted:  December 21, 2021          Decided:  December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Kennedy appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Kennedy v. Garland*, No. 1:21-cv-01569-ELH (D. Md. June 28, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*